**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| CLERK'S MINUTES |
| :---: |
| **STATUS CONFERENCE** |

**Case Number: 8:25-cr-255-JLB-SPF**

---

| | |
| :--- | :--- |
| **UNITED STATES OF AMERICA** | **Government** |
| | **Counsel:    Matthew Del Mastro** |
| **Plaintiff,** | |
| **v.** | |
| **JONATHAN FRANK BARNER** | **Defense** |
| | **Counsel:    Jessica Casciola for Ryan** |
| **Defendant.** | **J. Maguire** |

| | | | |
| :--- | :--- | :--- | :--- |
| Judge: | **John L. Badalamenti** | Court Reporter: | Lori Cecil Vollmer |
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | May 11, 2026 | Time: Total: | 1:32PM – 1:33PM 1 minute |

Counsel identified for the record.

Defendant's Change of Plea is scheduled for May 18, 2026 at 2:00PM. This case shall remain on the Court's June 2026 trial calendar until the plea has been accepted by the Magistrate Judge. After such time, the jury trial will be cancelled.