UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO.:  8:25-cr-00255-JLB-SPF

JONATHAN FRANK BARNER,

        Defendant,

_____/

ORDER

Before the Court is the United States Magistrate Judge's Report and Recommendation. (Doc. 51). The Magistrate Judge recommends the Court accept Defendant's guilty plea and adjudicate Defendant guilty.  After examining the file independently, and upon considering the Magistrate Judge's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is **ORDERED:**

(1) The Report and Recommendation (Doc. 51) is **ACCEPTED and ADOPTED**, and the findings incorporated herein.

(2) Defendant's plea of guilty is **ACCEPTED** and Defendant is **ADJUDICATED GUILTY** as to Count One of the Indictment.

(3) The sentencing hearing is set for September 1, 2026 at 1:30 PM in Courtroom 9B.

(4) Counsel must file any motion for a continuance of sentencing no later than FOURTEEN (14) DAYS BEFORE the sentencing date. A motion for

continuance must include a statement of the other party's support or opposition to the proposed continuance.

(5) Counsel for both parties must file a sentencing memorandum setting forth that respective party's sentencing recommendation. The memoranda are due no later than SEVEN (7) DAYS BEFORE the sentencing date.

(6) No later than SEVEN (7) DAYS BEFORE the sentencing date, counsel must notify Judge Badalamenti's Courtroom Deputy, Bettye Samuel, Bettye_Samuel@flmd.uscourts.gov, and file a written notice if a party is seeking an evidentiary sentencing hearing (*i.e.*, witness testimony) or if a party anticipates that the sentencing hearing will exceed thirty (30) minutes.

**DONE AND ORDERED** in Tampa, Florida on June 2, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services