UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:25-cr-255-JLB-SPF

JONATHAN FRANK BARNER

## ORDER OF FORFEITURE

The defendant pleaded guilty to Count One of the Indictment, theft of government money, in violation of 18 U.S.C. § 641. The United States has established that the defendant obtained $107,175 in proceeds as a result of the offense charged in Count One.

The United States moved under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), for entry of an order of forfeiture in the amount of $107,175, which shall be a final order of forfeiture as to the defendant at sentencing. The United States' Motion for Order of Forfeiture (Doc. 57) is **GRANTED**. The defendant is liable for an order of forfeiture in the amount of $107,175.

The proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the $107,175 order of forfeiture. The court retains jurisdiction to enter any order

necessary for the forfeiture and disposition of any substitute asset.

DONE and ORDERED in Tampa, Florida, this 24th day of June, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record