**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:25-cr-255-JLB-SPF | **DATE:** | August 10, 2026 |
| **HONORABLE:  SEAN P. FLYNN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA  v.  JONATHAN FRANK BARNER | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**  Matthew Del Mastro | |
| | | **DEFENSE COUNSEL**  Ryan Maguire | |
| **COURT REPORTER:**   DIGITAL | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME:**  9:58 AM – 10:14 AM | **TOTAL:** 16 Minutes | **U.S. PRETRIAL:** | N/A |
| | | **COURTROOM:** | 10B |

## PROCEEDINGS: SHOW CAUSE HEARING

Counsel identified for the record.

The Court addressed the alleged violations of pretrial release.

The Government moved for detention, and counsel made a proffer in support of the Government's position.

Defense counsel requested that the Defendant remain on bond and presented an argument in support of release.

Pretrial Services Officer Borras made statements to the Court.

The Court continued the show-cause hearing until August 12, 2026. The Court will advise the parties of the hearing time by email.

Court adjourned.