UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          No. 8:25-CR-255-JLB-SPF

JONATHAN FRANK BARNER

_____/

## ORDER MODIFYING CONDITIONS OF RELEASE

The Court ordered the defendant to appear on August 12, 2026, to show cause why his bond should not be modified or revoked for violations of his release conditions, as alleged in a memorandum from the United States Pretrial Service. At the hearing, the defendant admitted to the facts stated in the memorandum, and based on this admission, the Court found that he had violated the conditions of his release. The United States asked the Court to revoke his bond.  After due consideration, the Court modifies the defendant's conditions of release as follows:

> Defendant is required to purchase SCRAM Continuous Alcohol Monitoring System of Illinois for continued alcohol testing. Defendant is to bear all cost of the alcohol monitoring system. Defendant agrees that he will stipulate to any findings of alleged usage, and it will result in a violation of condition of release and detainment. Defendant is to register for the system by Friday, August 14, 2026.

**ORDERED** in Tampa, Florida, on August 12, 2026.

_____

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE