## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:25-cr-057-CEH-SPF | **DATE:** | August 12, 2026 |
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN FRANK BARNER | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Matthew Del Mastro, AUSA | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire, AFPD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Karina Nieves |
| **TIME:** 2:42 PM – 2:58 PM | **TOTAL:** 16 mins | **PRETRIAL:** | Christopher Borras |
| | | **COURTROOM:** | 11B |

**PROCEEDINGS: Bond Revocation Hearing- Violation of Pre-Trial Release**

Defendant was previously seen on August 10, 2026.

Defendant previously provided a copy of the violation and advises of rights.

Preliminary hearing waived.

The Court previously found that the Defendant violated the conditions of his release.

Pretrial Services Officer Borras proffers to the Court.

**BOND:**

Government: Seeking detention. Proffer of counsel.

Defendant: Seeking release. Proffer of counsel.

Court: The Court orders that the Defendant with the condition stated on the record.

Court adjourned.