# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.                                                    **Case No.: 8:25-cr-255-TPB-SPF**

**JONATHAN FRANK BARNER**            /

### DEFENDANT'S MOTION TO MODIFY
### PRETRIAL RELEASE CONDITIONS

The Defendant, Jonathan Frank Barner, through undersigned counsel, hereby notifies this Court that he is arriving in Chicago via Greyhound bus today, August 14, 2026, and files this unopposed motion to modify the conditions of release to allow him to have his continuous alcohol monitor installed on Monday, August 17, 2026.

In support of this motion, counsel states as follows:

1.      Mr. Jonathan Barner had his initial appearance and arraignment before Honorable Sean P. Flynn on August 13, 2025, where he was charged via one-count indictment of willfully receive, conceal and retain more than $1,000 of value of the United States and Social Security Administration, knowing the money or value had been embezzled, stolen, purloined or converted from the afore-mentioned, in violation of 18 U.S.C. § 641.Docs. 1 and 8.

2.      Mr. Barner entered plea on May 18, 2026, whereafter the Court ordered him to remain on bond. Docs. 41-52.

3.     An Acceptance of plea was entered by this Court, setting this matter for sentencing on September 1, 2026, before Honorable Jonh L. Badalamenti. Doc. 56.

4.     A Show cause hearing was held on August 10, 2026, and this Court entered an order for Mr. Barner to remain on bond provided he will adhere to his conditions of release and wear an ankle monitor. Docs. 70-71.

5.     Mr. Barner is presently en route to Chicago, and is expected to arrive today, August 14, 2026, via a Greyhound bus. *See* Exhibit A- Itinerary.

6.     The next available appointment with the Scramsystems provider is Monday, August 17, 2026. Mr. Barner will have his continuous alcohol monitor installed then. *See* Exhibit B- E-mail from Scramsystems provider.

## MEMORANDUM OF LAW

Pursuant to 18 U.S.C. § 3142(c)(3), "The judicial officer may at any time amend the order to impose additional or different conditions of release."

## Conclusion

For these reasons, Mr. Jonathan Frank Barner asks the Court to grant this motion to modify conditions of release.

DATED this 14th day of August 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.

2

FEDERAL PUBLIC DEFENDER

/s/ Ryan J. Maguire
Ryan J. Maguire,
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Matthew Del Mastro, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender