# Exhibit A

*Travel Itinerary*

# Part of your trip has changed (Booking Number 3384058184) Inbox

**Tampa to Orlando**
Thu, Aug 13 • 6:20 AM - 8:20 …

**Orlando to Atlanta**
Thu, Aug 13 • 9:30 AM - 6:05 …

**Atlanta to Chicago**
Thu, Aug 13 • 8:20 PM - Fri, Aug 14 •…

Atlanta Bus Station
## Departs at 8:20 PM

Chicago Bus Station
## Arrives at 11:30 AM

16h 10m

| Reservation number | Route number |
| --- | --- |
| 3384058184 | 2512 |

↩ Reply    ↪ Forward