# Exhibit B

*E-mail Scramsystems provider*

**From:** Cristy Pirc <CPirc@scramsystems.com>
**Sent:** Wednesday, 12 August 2026 16:13:24
**To:** Ryan Maguire <Ryan_Maguire@fd.org>
**Cc:** Pam Wagner <pwagner@scramsystems.com>
**Subject:** Re: Jonathan Barner - Federal Order of Release

Good afternoon,

Thank you for sending the order. Could you please confirm how long Mr. Barner is required to be monitored?

Due to our current scheduling, we will not be able to install Mr. Barner until Monday, August 17, 2026. We will reach out to him directly to schedule the installation, but I wanted to make the Court aware of the delay.

Thank you, and please let me know if you have any questions.

Best regards,
Cristy



**Cristy Pirc** | Director of Operations
**p.** (815)436-3636 x2 | **m.** (815)641-7519