**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**
**v.** **Case No. 8:25-cr-255-JLB-SPF**
**JONATHAN FRANK BARNER**
**_______________________________/**

**DEFENDANT'S MOTION TO CONTINUE SENTENCING AND ASSOCIATED DEADLINES**

Defendant, Jonathan Frank Barner, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue the sentencing hearing presently set for September 1, 2026, by approximately thirty (30) days and to extend any associated sentencing deadlines accordingly. The requested continuance will permit Mr. Barner sufficient time to obtain the funds necessary to travel from the Chicago area to Tampa for sentencing after incurring substantial and unforeseen expenses associated with his recent court appearances and modified conditions of release. As grounds in support thereof, Mr. Barner states:

1. On May 28, 2025, a one-count indictment was returned charging Mr. Barner with theft of government money, in violation of 18 U.S.C. § 641. Doc. 1. Mr. Barner pleaded guilty before the Honorable Sean P. Flynn, United States Magistrate Judge, on May 18, 2026, and the Court thereafter accepted his plea and set sentencing for September 1, 2026. Docs. 51, 52, 56.

2. On August 10, 2026, Mr. Barner appeared in person in Tampa for a hearing concerning alleged violations of his conditions of release. After hearing from the parties and Pretrial Services, the Court continued the hearing until August 12, 2026. Doc. 65. The Court then noticed the continued hearing for August 12, 2026, at 2:00 p.m. Doc. 66.
3. Because the August 10 hearing was continued for two days, Mr. Barner was required to remain in Tampa for two additional nights and incurred unanticipated hotel expenses that were not part of his original travel plans.
4. On August 12, 2026, the Court resumed the bond-revocation hearing. The Court denied the Government's request for detention and permitted Mr. Barner to remain on release subject to a modified condition requiring him to purchase and use the SCRAM Continuous Alcohol Monitoring System of Illinois and to bear the cost of that monitoring. Docs. 69–71.
5. Mr. Barner then paid an additional $315 to have the continuous alcohol monitor installed. Doc. 72.
6. The continuation of the hearing also prevented Mr. Barner from using his previously purchased round-trip flight for his return travel. He therefore incurred an additional expense to return to Chicago by Greyhound bus. See Doc. 72-1.

7. The combined cost of the two additional hotel nights, replacement return transportation, and the $315 monitor installation materially depleted the limited funds Mr. Barner otherwise would have available to travel back to Tampa for sentencing on September 1. A short continuance will allow him to replenish those funds and arrange reliable transportation to appear for sentencing.
8. The defense therefore respectfully requests that sentencing be continued by approximately thirty (30) days, to a date on or after October 1, 2026, convenient to the Court, with any associated sentencing deadlines extended accordingly. The request is based on Mr. Barner's present transportation circumstances and is not made for unnecessary delay.
9. Undersigned counsel has conferred with Assistant United States Attorney Matthew Del Mastro, who advises that the government opposes the relief requested.
10. Mr. Barner agrees with this motion.

## MEMORANDUM OF LAW

Local Rule 3.08(a) requires a party seeking a continuance to move timely and explain in detail why the continuance is warranted. Here, the need for a brief continuance arises from recent and unanticipated expenses directly associated with Mr. Barner's August 10 and August 12 court appearances and the Court-ordered continuous alcohol monitoring. Mr. Barner appeared for both hearings and arranged for the monitor to be installed as required. The resulting hotel, replacement transportation, and monitoring expenses have left him needing additional time to accumulate the funds necessary for another trip from the Chicago area to Tampa. A thirty-day continuance will permit Mr. Barner to secure reliable transportation and appear for sentencing as required. The request is made in good faith, in the interest of justice, and not for unnecessary delay.

WHEREFORE, Defendant Jonathan Frank Barner respectfully requests that this Court enter an Order continuing the September 1, 2026 sentencing hearing by approximately thirty (30) days, to a date on or after October 1, 2026, and extending any associated sentencing deadlines accordingly.

DATED this 24th day of August, 2026.

Respectfully submitted,

**CHARLES L. PRITCHARD, JR.**
**FEDERAL PUBLIC DEFENDER**

/s/ Ryan J. Maguire
Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St., Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August, 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of the electronic filing to:

Matthew Del Mastro, AUSA

/s/ Ryan J. Maguire
Ryan J. Maguire
Assistant Federal Public Defender