# Register of Actions

## Case No. BI-05-K-13230

**CITY OF BISMARCK VS. JONATHAN F BARNER** § § § § §

Case Type: **Misdemeanor**
Date Filed: **08/01/2005**
Location: **-- Bismarck Municipal**

### Party Information

| | | | Attorneys |
|---|---|---|---|
| **City Plaintiff** | **City Of Bismarck** | | |
| **Defendant** | **Barner, Jonathan F**<br>BISMARCK, ND 58501 | DOB: 1971 | **William D Schmidt**<br>*Retained*<br>- - x0000(W) |

### Charge Information

| Charges: Barner, Jonathan F | Citation | Statute | Level | Date |
|---|---|---|---|---|
| 1. DRIVE UNDER THE INFLUENCE | 0004529000 | 12-10-01 | Misdemeanor B | 07/31/2005 |
| 2. NO LIABILITY INSURANCE | 0004528999 | 12-10-12 | Misdemeanor B | 07/31/2005 |
| 3. DRIVING UNDER SUSPENSION | 0004528998 | 12-10-06 | Misdemeanor B | 07/31/2005 |

### Events & Orders of the Court

DISPOSITIONS

08/01/2005 **Disposition**
2. NO LIABILITY INSURANCE
Pled Guilty

08/01/2005 **Disposition**
3. DRIVING UNDER SUSPENSION
Pled Guilty

08/01/2005 **Plea** (Judicial Officer: Judge, Conversion)
2. NO LIABILITY INSURANCE
Guilty

08/01/2005 **Plea** (Judicial Officer: Judge, Conversion)
3. DRIVING UNDER SUSPENSION
Guilty

08/01/2005 **Criminal Judgment** (Judicial Officer: Severin, William C)
2. NO LIABILITY INSURANCE
07/31/2005 (MB) 12-10-12 (121012)

Converted Disposition:
Confinement:
Agency: Burleigh County Detention Center, Term: 0 Year, 0 Month, 5 Days
Suspended: 0 Year, 0 Month, 5 Days0 Year, 0 Month, 0 Day
Condition - Adult:
1. Unsupervised Probation, 703 UNSUPERVISED PROBATION ; Months - 0, Days - 0, Years - 1 08/01/2005, Active 08/01/2005
Condition - Adult:
1. Violate No Criminal Laws, 765 VIOLATE NO CRIMINAL LAWS 08/01/2005, Active 08/01/2005
Fee Totals:
Fines/Fees $150.00
Fee Totals $ $150.00

08/01/2005 **Criminal Judgment** (Judicial Officer: Severin, William C)
3. DRIVING UNDER SUSPENSION
07/31/2005 (MB) 12-10-06 (121006)

Converted Disposition:
Confinement:
Agency: Burleigh County Detention Center, Term: 0 Year, 0 Month, 3 Days
Suspended: 0 Year, 0 Month, 3 Days0 Year, 0 Month, 0 Day
Condition - Adult:
1. Unsupervised Probation, 703 UNSUPERVISED PROBATION ; Months - 0, Days - 0, Years - 1 08/01/2005, Active 08/01/2005
Condition - Adult:
1. Violate No Criminal Laws, 765 VIOLATE NO CRIMINAL LAWS 08/01/2005, Active 08/01/2005
Fee Totals:
Fines/Fees $200.00
Fee Totals $ $200.00

08/01/2005 **Criminal Judgment** (Judicial Officer: Severin, William C)

Converted Disposition:

08/01/2005 **Criminal Judgment** (Judicial Officer: Severin, William C)

Converted Disposition:

08/01/2005 **Criminal Judgment** (Judicial Officer: Severin, William C)

Converted Disposition:

08/01/2005 **Criminal Judgment** (Judicial Officer: Severin, William C)

Converted Disposition:

09/15/2005 **Disposition**
1. DRIVE UNDER THE INFLUENCE
Pled Guilty

09/15/2005 **Plea** (Judicial Officer: Judge, Conversion)
1. DRIVE UNDER THE INFLUENCE
Guilty

09/15/2005 **Criminal Judgment** (Judicial Officer: Severin, William C)
1. DRIVE UNDER THE INFLUENCE
07/31/2005 (MB) 12-10-01 (121001)

Converted Disposition:
Condition - Adult:
1. Obtain an Evaluation, 735 OBTAIN AN EVALUATION 09/15/2005 - 11/15/2005, Satisfied 04/10/2006
Fee Totals:
Bond Forfeiture $300.00
Fee Totals $ $300.00
Comment (DEFENDANT FAILED TO APPEAR. CITY MOVES TO DEEM ADMITTED PURSUANT TO NDCC 39-06-30. 4-7-06 CITY MOVES TO IMPOSED 3 DAYS JAIL FOR FAILURE TO COMPLETE AN EVALUATION)

**OTHER EVENTS AND HEARINGS**

08/01/2005 **Initial Appearance** (9:00 AM) (Judicial Officer Severin, William C)
*UCIS Hrg Desc: COURT APPEARANCE*
08/01/2005 **Initial Appearance** (9:00 AM) (Judicial Officer Severin, William C)
*UCIS Hrg Desc: COURT APPEARANCE*
08/01/2005 **Initial Appearance** (9:00 AM) (Judicial Officer Severin, William C)
*UCIS Hrg Desc: COURT APPEARANCE*
09/15/2005 **Court Trial** (11:30 AM) (Judicial Officer Severin, William C)
12/15/2005 **Warrant Returned/Served**
*(BR) warrant Status*
12/15/2005 **Bench Warrant Issued**
*(BI) warrant Status*
12/15/2005 **Order to Show Cause** (8:15 AM) (Judicial Officer Severin, William C)
03/16/2006 **Warrant Returned/Served**
*(BR) warrant Status*
03/16/2006 **Bench Warrant Issued**
*(BI) warrant Status*
03/16/2006 **Order to Show Cause** (8:15 AM) (Judicial Officer Severin, William C)
04/13/2006 **Report** **Index # 1**
*NOTE*
02/19/2013 **Pursuant to Administrative Rule 19 Documents Destroyed**

## FINANCIAL INFORMATION

**Defendant** Barner, Jonathan F

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | 650.00 |
| | Total Payments and Credits | | | 650.00 |
| | **Balance Due as of 09/21/2026** | | | **0.00** |
| 08/01/2005 | Transaction Assessment | | | 150.00 |
| 08/01/2005 | Transaction Assessment | | | 200.00 |
| 08/01/2005 | Counter Payment | Receipt # BI-646457 | BARNER, JONATHAN F | (150.00) |
| 08/01/2005 | Counter Payment | Receipt # BI-646458 | BARNER, JONATHAN F | (200.00) |
| 09/15/2005 | Transaction Assessment | | | 300.00 |
| 09/15/2005 | Counter Payment | Receipt # BI-650579 | BARNER, JONATHAN F | (300.00) |