# Register of Actions

## Case No. BI-09-K-09491

**City Of Bismarck vs. Jonathan Barner**

§
§
§
§
§

Case Type: **Misdemeanor**
Date Filed: **06/25/2009**
Location: **-- Bismarck Municipal**

### Party Information

| | | | Attorneys |
|---|---|---|---|
| **City Plaintiff** | **City Of Bismarck** | | |
| **Defendant** | **Barner, Jonathan F**<br>BISMARCK, ND 58501 | DOB: 1971 | **Justin D Roness**<br>*Retained*<br>701-400-9407 x0000(W) |

### Charge Information

| **Charges: Barner, Jonathan F** | **Statute** | **Level** | **Date** |
|---|---|---|---|
| 1. SIMPLE ASSAULT | 6-03-01 | Misdemeanor B | 06/12/2009 |

### Events & Orders of the Court

**DISPOSITIONS**

07/27/2010 **Disposition**
1. SIMPLE ASSAULT
Pled Guilty

07/27/2010 **Plea** (Judicial Officer: Judge, Conversion)
1. SIMPLE ASSAULT
Guilty

07/27/2010 **Rule 43 Criminal Judgment** (Judicial Officer: Severin, William C)
1. SIMPLE ASSAULT
06/12/2009 (MB) 6-03-01 (60301)

---

Converted Disposition:
Confinement:
Agency: Burleigh County Detention Center, Term: 0 Year, 0 Month, 5 Days
Report on: July 21, 2010 at 5:00PM0 Year, 0 Month, 0 Day0 Year, 0 Month, 0 Day
Condition - Adult:
1. Converted Conditions, 697 RULE 43 07/27/2010, Active 07/27/2010
Comment (CREDIT FOR TIME SERVED)

**OTHER EVENTS AND HEARINGS**

07/09/2009 **Bench Warrant Issued**
*(BI) warrant Status*
07/16/2010 **Warrant Returned/Served**
*(BR) warrant Status*
08/30/2010 *CANCELED* **Court Trial** (10:45 AM) (Judicial Officer Severin, William C)
*Case Closed*
08/20/2020 **Pursuant to Administrative Rule 19 Documents Destroyed**