# FOLLOW UP/CONTINUATION REPORT

CASE NO 05-13230

Bismarck Police Department

**BISMARCK, NORTH DAKOTA 58504**

TYPE OF OFFENSE DRIVING UNDER THE INFLUENCE, DRIVING UNDER SUSPENSION, NO LIABILITY INSURANCE

SUBJECT(S)

I was just to the south of the corner Park Avenue and South 12th Street. I was parked alongside the street doing stationary radar. I observed a white vehicle traveling southbound on 12th Street. I hit my rearview radar and I had the vehicle going 45 in a 25 miles per hour zone. As I pulled up behind the vehicle, the vehicle swerved way to the right while I was behind the vehicle. I then turned on my overhead lights and initiated a traffic stop of the vehicle at Boeing Avenue and South 12th Street.

I then made contact with the driver and I informed him as to why I had stopped him; that he was going 45 in a 25 miles per hour zone. At that time I asked him to see some identification and proof of insurance. I immediately noticed that the speech of the driver of the vehicle was very slurred at that time. He also had very bloodshot eyes. He informed me that the vehicle was not his and that he had bought it at Adauago and that the plates on the vehicle were not in his name. I then asked him if he had insurance on the vehicle and he stated that he had gotten it on Saturday and he had not gotten insurance on the vehicle. He did furnish me with identification at that time. I then went back to my vehicle and did a driver's license check out of Illinois. That was the license he furnished me. He came back revoked out of Illinois.

I then went back to the vehicle and informed Jonathan Barner who was the driver that he was under arrest for Driving Under Suspension and No Liability Insurance. I asked him where he had been drinking at previously in the night and he stated that he was at Pirates Cove Bar. I asked him how much he had to drink and he stated that he did not know. I did a search incident to arrest of the vehicle and could not find any items in the vehicle.

At that time Officer Bullis arrived on the scene. I obtained my S-D2 and went back to my vehicle where Barner was handcuffed in the back seat. I asked Barner if he would submit to an S-D2 test at that time and read the North Dakota Implied Consent Advisory to him. He asked me if he what he was under arrest for and I explained to him once again for Driving Under Suspension and No Liability Insurance. I informed him that I would have to hold him on bond due to the fact that he does live in Hazen. I informed him that his bond was $700.00 cash. I asked him if he would submit to the S-D2 test and he stated that he wasn't going to at that time because he was going to jail anyway. I read the North Dakota Implied Consent Advisory two more times to Barner and asked him if he understood and explained to him that it was possible that he could lose his license for up to four years. I once again asked him if he wanted to submit to the S-D2 test. Barner continued to ask me what he was going to jail for and how much his bond was and he would not give me an answer as to whether he would submit to the S-D2 test or not. I informed him that not giving me the answer would be considered a refusal and he would not give me an answer at that time. I marked it as a refusal.

Barner was getting agitated. I then just transported him to the Burleigh County Detention Center to be held on bond for Driving Under Suspension, No Liability Insurance, and Driving Under the Influence. Barner was very uncooperative with the jail staff and he was put directly into detox. I also wrote out a citation to him for going 45 miles per hour in a 25 miles per hour zone. My radar was checked at the beginning of the shift at 1916 hours and I had checked my radar after every traffic stop that I make.

SIGNED L Grensteiner #0229 (kb) DATE 07/31/05 SIGNED Sgt [signature] 1067 DATE 08-03-05
Investigating Officer — Supervisor

STATUS:
- ☐ UNFOUNDED
- ☐ PENDING
- ☐ CLRD BY ARREST
- ☐ NO PROSECUTION
- ☐ FILED INACTIVE
- ☐ WARRANT
- ☐ JUVENILE

COPIES TO: 8/04/05
- ☐ Crime Prev.
- ☐ Detective
- ☐ PYB
- ☑ City Attorney
- ☐ States Attorney
- ☐ Inv. Officer
- ☐ Information Only
- ☐ ~~Other~~ [handwritten initials] 83

Reviewer

BPD Form 301
Rev 8/2000

NORTH DAKOTA UNIFORM COMPLAINT AND SUMMONS

State of North Dakota
County of Burleigh ) SS In Municipal Court,
City of Bismarck ) Before Honorable Severin

County No. 08
City No. 003

05-1328

№ 4529000

The undersigned, sworn, and says:

| Date of Violation | Time (24 Hr.) | Day of Wk. | Issuance Date | Time (24 Hr.) | 1. 2 | 2. | 3. |
|---|---|---|---|---|---|---|---|
| 7/13/05 | 0052 | | 7/13/05 | 0053 | | | |

**Defendant**

| State | Class | OLN, if none, SSN | DOB (M/D/Y) | Age | Race | Sex | Ht. | Wt. | Hair | Eyes | Build | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IL | — | 6564-2671-2728 | [redacted] 71 | 33 | W | M | 5-10 | 185 | 4 | 5 | / | / / |

Last Name: BARNER  First: [redacted] JONATHAN  Middle: F

☒ Operator ☐ Passenger ☐ Pedestrian ☐ Other

Street Address: [redacted]  City: Hazen  State: ND  Zip: 58545

Phone: [redacted]

**Veh.**

N/A ☐ Lic. Plate No. 614K697  St. ND  Yr. Reg. 05  Color(s) Veh. WHI  Yr. 87  Make CHEV  Model 4-DOOR

ICC / PSC / DOT No.

Hazmat ☐ Y ☐ N ☐ Y ☐ N ☐ B ☐ H

Did unlawfully operate a motor vehicle upon a public highway and did then and there commit the following offense:

**Info.-Chg./Off.**

Charge / Offense / NDCC: Driving Under the Influence of Alcohol

Speed | Zone

Dir of Travel ☐ N ☐ E ☒ S ☐ W

Hwy/Street: 11th St & Park Ave  Description of Area

BOND/ STATUTORY FEE: Must Appear  US Funds Only

Car/AC/Radar/Laser ☐ Sta. ☐ Mov.

Alcohol / Drug Test ☐ Refuse ☐ Blood ☐ Breath  Result %

All in violation of ND Century Code and against the peace and dignity of the state of North Dakota

NDCC / Ord. 12-10-01  CFR Code(s)

**Claimed Cond.**

☐ Highway Type ☐ Slippery Surface ☐ Other Traffic
☐ Area ☐ Visibility ☐ Type Crash

Offense contributed materially to crash? ☐ Yes ☐ No  Crash No.

Issuing Officer(s): [signature] Greskeiver  Officer(s) No(s) 0235

**Court Disposition**

Ck. If yes: ☐ D.U.I. ☐ Counsel Waived ☐ Rep. by Counsel

Sentence | Guilty of | ☐ DDC | NDCC / Ord. | Conviction Date

☐ Ck. if Bond Forfeited  Fine | Costs | Other | ☐ See Rev.

Judge Signature

The state of North Dakota to the above named defendant:

Court Date: You are summoned to appear at the time and place designated below to answer to the charge made against you. If you fail to appear or post bond, a warrant will be issued for your arrest.

Day of Week: MON  Date (M/D/Y): 8-15-05  Time (24 Hr.): 0900

Address: 514 E Thayer  City: Bismarck

PROMISE TO APPEAR: I consent and promise to appear at the time and place specified in the above summons. The receipt of a copy of which is acknowledged, and I expressly waive earlier hearing.

(X) Refused to Sign

LET A WARRANT ISSUE HEREIN  Sworn to and subscribed before me: / /

Date Issued | Complainant / Officer | Prosecutor

Judge | Served by | Date

DATA RECORDS COPY

SFN 5775(Rev. 07-2003)

NORTH DAKOTA UNIFORM COMPLAINT AND SUMMONS

State of North Dakota
County of Burleigh ) SS In Municipal Court, County No. 08
City of Bismarck ) Before Honorable Smith City No. 603

The undersigned, sworn, and says:

05-13230

№4528998

| Date of Violation | Time (24 Hr.) | Day of Wk. | Issuance Date | Time (24 Hr.) | 1. | 2. | 3. |
|---|---|---|---|---|---|---|---|
| 7/31/05 | 0852 | 1 | 7/31/05 | 0852 | 2 | | |

**Defendant**

| State | Class | OLN, if none, SSN | DOB (M/D/Y) | Age | Race | Sex | Ht. | Wt. | Hair | Eyes | Build | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IL | — | 6564-2671-5100 | [redacted] 71 | 33 | W | M | 5-10 | 165 | 4 | 5 | ) | / / |

Last Name: BARNER | First Name: [redacted] NATHAN | Middle: F | ☒ Operator ☐ Passenger ☐ Pedestrian ☐ Other

Street Address: [redacted] | City: Hazen | State: ND | Zip: 58545 | Phone: [redacted] ☐ B ☑ H

**Veh.**

| N/A | Lic. Plate No. | St. | Yr. Reg. | Color(s) Veh. | Yr. | Make | Model | ICC / PSC / DOT No. | CMV | Hazmat |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 6lmk 097 | ND | 05 | Wht | 87 | Chev | 4-Door | | ☐Y ☐N | ☐Y ☐N |

Did unlawfully operate a motor vehicle upon a public highway and did then and there commit the following offense:

**Info.-Chg./Off.**

Charge / Offense / NDCC: Driving Under Suspension
Speed: | Zone: | Dir of Travel: ☐N ☐E ☒S ☐W
BOND/ STATUTORY FEE: Must Appear — US Funds Only
Car/AC/Radar/Laser: ☐Sta. ☐Mov.
Hwy/Street: 19th St & Park Ave | Description of Area:
Alcohol / Drug Test: ☐Refuse ☐Blood ☐Breath | Result %
NDCC / Ord. 39-06-42 | CFR Code(s)

All in violation of ND Century Code and against the peace and dignity of the state of North Dakota

**Claimed Cond.**

☐ Highway Type ☐ Slippery Surface ☐ Other Traffic
☐ Area ☐ Visibility ☐ Type Crash
Offense contributed materially to crash? ☐ Yes ☐ No | Crash No.
Issuing Officer(s): [illegible] Christman | Officer(s) No(s): 0225

**Court Disposition**

| Ck. if yes | Sentence | Ck. if Bond Forfeited | Fine |
|---|---|---|---|
| ☐ D.U.I. | Guilty of | | Costs |
| ☐ Counsel Waived | ☐ DDC | | Other |
| ☐ Rep. by Counsel | NDCC / Ord. | Conviction Date | ☐ See Rev. |

Judge Signature

The state of North Dakota to the above named defendant:
Court Date: You are summoned to appear at the time and place designated below to answer to the charge made against you. If you fail to appear or post bond, a warrant will be issued for your arrest.

Day of Week: Mon | Date (M/D/Y): 8-15-05 | Time (24 Hr.): 0900
Address: 514 E Thayer | City: Bismarck

PROMISE TO APPEAR: I consent and promise to appear at the time and place specified in the above summons. The receipt of a copy of which is acknowledged, and I expressly waive earlier hearing.
X Refused to Sign

LET A WARRANT ISSUE HEREIN — Sworn to and subscribed before me: / /
Date Issued | Complainant / Officer | Prosecutor
Judge | Served by | Date

SFN 5775(Rev. 07-2003)

DATA RECORDS COPY

NORTH DAKOTA UNIFORM COMPLAINT AND SUMMONS

State of North Dakota
County of Burleigh
City of Bismarck ) SS In Municipal Court, County No. 08 City No. 003
The undersigned, sworn, and says: Before Honorable Severin

05-13230

№ 4528999

| Date of Violation | Time (24 Hr.) | Day of Wk. | Issuance Date | Time (24 Hr.) | 1. | 2. | 3. |
|---|---|---|---|---|---|---|---|
| 7/31/05 | 0052 | 1 | 7/31/05 | 0056 | 2 | | |

**Defendant**

| State | Class | OLN, if none, SSN | DOB (M/D/Y) | Age | Race | Sex | Ht. | Wt. | Hair | Eyes | Build | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ND | – | 6564-2671-2798 | [redacted] 71 | 33 | W | M | 5-10 | 185 | 4 | 5 | 1 | / / |

Last Name: BARNER
First Name: JONATHAN
Middle: F
Street Address: [redacted]
City: Hazen State: ND Zip: 58545
☑ Operator ☐ Pedestrian ☐ Passenger ☐ Other
Phone: [redacted] ☐ B ☒ H

**Veh.**

| N/A | | St. | Yr. Reg. | Color(s) Veh. | Yr. | Make | Model | ICC / PSC / DOT No. | Hazmat |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | Buk 697 | ND | 05 | WHI | 87 | Chev | 4-Door | | ☐Y ☐N ☐Y ☐N |

Did unlawfully operate a motor vehicle upon a public highway and did then and there commit the following offense:

**Info.-Chg./Off.**

Charge / Offense / NDCC: NO LIABILITY INSURANCE
Speed: Zone:
Dir of Travel: ☐N ☐E ☒S ☐W
Hwy./Street: 10th St E parking
Description of Area: D

BOND/ STATUTORY FEE: Must Appear — US Funds Only
Car/AC/Radar/Laser:
Alcohol / Drug Test: ☐ Refuse ☐ Blood ☐ Breath ☐ Sta. ☐ Mov. Result %
NDCC / Ord. 12-16-12 CFR Code(s)

All in violation of ND Century Code and against the peace and dignity of the state of North Dakota

**Claimed Cond.**
☐ Highway Type ☐ Slippery Surface ☐ Other Traffic
☐ Area ☐ Visibility ☐ Type Crash
Offense contributed materially to crash? ☐ Yes ☐ No Crash No.
Issuing Officer(s): [signature] Officer(s) No(s). 0319

**Court Disposition**
Ck. if yes: ☐ D.U.I. ☐ Counsel Waived ☐ Rep. by Counsel
Sentence
Guilty of
☐ DDC
NDCC / Ord.
Judge Signature
☐ Ck. if Bond Forfeited
Fine
Costs
Other
Conviction Date
☐ See Rev.

DATA RECORDS COPY

The state of North Dakota to the above named defendant:
Court/Date/ You are summoned to appear at the time and place designated below to answer to the charge made against you. If you fail to appear or post bond, a warrant will be issued for your arrest.
Day of Week: MON Date (M/D/Y): 8-15-05 Time (24 Hr.): 0900
Address: 514 E Thayer City: Bismarck

PROMISE TO APPEAR: I consent and promise to appear at the time and place specified in the above summons. The receipt of a copy of which is acknowledged, and I expressly waive earlier hearing.
X Refused to Sign

LET A WARRANT ISSUE HEREIN
Sworn to and subscribed before me: / /
Date Issued
Judge
Complainant / Officer
Prosecutor
Served by
Date

SFN 5775(Rev. 07-2003)

NORTH DAKOTA UNIFORM COMPLAINT AND SUMMONS

State of North Dakota
County of Burleigh ) SS In Municipal Court. County No. 08 City No. 003
City of Bismarck ) Before Honorable Severin
The undersigned, sworn, and says:

05-13230
№4529231

| Date of Violation | Time (24 Hr.) | Day of Wk. | Issuance Date | Time (24 Hr.) | 1. | 2. | 3. |
|---|---|---|---|---|---|---|---|
| 7/31/05 | 0052 | 1 | 7/31/05 | 0052 | 2 | | |

**Defendant**

| State | Class | OLN, If none, SSN | DOB (M/D/Y) | Age | Race | Sex | Ht. | Wt. | Hair | Eyes | Build | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FL | — | 6564 2671 272B | [redacted] 71 | 33 | 4 | M | 5'10 | 155 | 4 | 5 | 1 | / / |

Last Name: BARNER | First Name: JONATHAN | Middle: F | ☒ Operator ☐ Pedestrian ☐ Passenger ☐ Other

Street Address: [redacted] | City: Hazen | State: ND | Zip: 58545 | Phone: [redacted] ☐ B ☐ H

**Veh.** N/A ☐ | Lic. Plate No.: EUK 697 | St.: ND | Yr. Reg.: 05 | Color(s) Veh.: WHT | Yr.: 87 | Make: CHEV | Model: 4-Door | ICC / PSC / DOT No. | ☐Y☐N ☐Y☐N

Did unlawfully operate a motor vehicle upon a public highway and did then and there commit the following offense:

**Info.-Chg./Off.** Charge / Offense / NDCC: Speeding — Moder V [illegible] 1916 | Speed: 45 | Zone: 25 | Dir of Travel ☐N ☐E ☒S ☐W

Hwy./Street: 13th/15th & Frontave | Description of Area: D

BOND/ STATUTORY FEE: 80.00 US Funds Only
Car/AC/Radar/Laser ☐ Sta. ☐ Mov.
Alcohol / Drug Test ☐ Refuse ☐ Blood ☐ Breath | Result %

All in violation of ND Century Code and against the peace and dignity of the state of North Dakota

NDCC / Ord. 12-05-03 | CFR Code(s)

**Claimed Cond.** ☐ Highway Type ☐ Slippery Surface ☐ Other Traffic ☐ Area ☐ Visibility ☐ Type Crash
Offense contributed materially to crash? ☐ Yes ☐ No | Crash No.
Issuing Officer(s): [signature] Erstkiner | Officer(s) No(s): 0277

**Court Disposition** Ck. If yes ☐ D.U.I. ☐ Counsel Waived ☐ Rep. by Counsel | Sentence | Guilty of | ☐ DDC | NDCC / Ord. | ☐ Ck. if Bond Forfeited | Conviction Date | Fine | Costs | Other | ☐ See Rev.
Judge Signature

The state of North Dakota to the above named defendant:
Court Date: You are summoned to appear at the time and place designated below to answer to the charge made against you. If you fail to appear or post bond, a warrant will be issued for your arrest.

Day of Week: MON | Date (M/D/Y): 8-15-05 | Time (24 Hr.): 0900
Address: 514 E Thayer | City: Bismarck

PROMISE TO APPEAR | I consent and promise to appear at the time and place specified in the above summons. The receipt of a copy of which is acknowledged, and I expressly waive earlier hearing.
X Refused to Sign

LET A WARRANT ISSUE HEREIN | Sworn to and subscribed before me: / / | Date Issued | Complainant / Officer | Prosecutor
Judge | Served by | Date

SFN 5775(Rev. 07-2003)

DATA RECORDS COPY