# UNIFORM INCIDENT REPORT

STATE OF NORTH DAKOTA
SFN 16441 (06-05)

FOLLOW UP: ☒ YES ☐ NO ☐ Other ____ | ☐ Det. ☐ PYB ☐ Info Only | ☐ Parole/Prob. ☐ Mun. Ct ☐ BCSS | ☒ City Atty ☐ States Atty ☒ Inv. Officer | Reviewer [signature]

REPORT TYPE: INITIAL ☒ UPDATE ☐

PAGE 1 OF ___

**OFFENSES**

| # | | |
|---|---|---|
| # | 1 | |
| 1 | 3B | |
| 2 | 13 | |
| 3 | C | |
| 4 | A | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | 40 | |
| 13 | | |
| 14 | | |
| 15 | 88 | |

**VICTIMS**

| # | | |
|---|---|---|
| 16 | 1 | |
| 17 | I | |
| 18 | N | |
| 19 | 31 | |
| 20 | F | |
| 21 | I | |
| 22 | N | |
| 23 | R | |
| 24 | | |
| 25 | | |

26 VICTIM # 1
26 VICTIM # ____

**INCIDENT**

AGENCY NAME: Bismarck Police | ORI: ND 0080100 | INCIDENT/CASE NUMBER: 09-9491

| | MONTH | DAY | YEAR | TIME |
|---|---|---|---|---|
| OCCURRED ON OR FROM | 6 | 12 | 09 | 0500 |
| OCCURRED TO | | | | |
| REPORTED ON | 6 | 12 | 09 | 0753 |

INCIDENT ADDRESS OR LOCATION: 1100 Blk W Owens Ave | GEO CODE:

REPORTED BY: VICTIM # 1 OR ON VIEW ____ OTHER # ____ | NAME: | ADDRESS: | PHONE:

**OFFN**

| OFFENSE NUMBER | OFFENSE NAME | NDCC OR ORDINANCE |
|---|---|---|
| 1 OF 1 | Simple Assault (Domestic) | 6-3-1 |
| OF | | |

**VICTIMS**

VICTIM NUMBER: 1 OF 1 | TYPE: I | NAME (LAST, FIRST, MIDDLE): [redacted] | DOM VIOL: [illegible]

ADDRESS / APT# / CITY / STATE / ZIP / PHONE: [redacted]

DOB: [redacted] | AGE: 31 | SEX: F | RACE: I | ETHNICITY: N | RESIDENCE: R | EMPLOYMENT/SCHOOL:

VICTIM OF OFFENSE(S): 1 ___ 2 ___ 3 ___ 4 ___ 5 ___ | VICTIM INJURY (SEE OVERLAY # 2): 1 M 2 ___ 3 ___

VICTIM NUMBER: ___ OF ___ | TYPE: | NAME (LAST, FIRST, MIDDLE): | DOM VIOL:

ADDRESS: | APT#: | CITY: | STATE: | ZIP: | PHONE: | ASSLT/HOM

DOB: | AGE: | SEX: | RACE: | ETHNICITY: | RESIDENCE: | EMPLOYMENT/SCHOOL: | ASSLT/HOM

VICTIM OF OFFENSE(S): 1 2 3 4 5 | VICTIM INJURY (SEE OVERLAY # 2): 1 2 3 | J-HOM

**PROPERTY**

| QUANT | LOSS CODE | DESCRIPTION | DESC CODE | DRUG TYPE | DRUG MEASURE | VALUE | DATE RECOVERED | NCIC (Y OR N) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

MORE? Y OR N ☐

**VEHICLE**

☐ IMPOUNDED ☐ STOLEN ☐ TARGET ☐ SUSPECT ☐ OTHER ☐ RECOVERED ☐ SEIZED ☐ UNKNOWN

VCO: | VYR: | VMK: | VMO/VST: | LIS: | LIY: | LIC:

OWNER, ETC: | VIN:

RECOVERED AT: | TOWED TO: | TOWED BY:

STOLEN IN YOUR JURIS? ☐ YES ☐ NO IF NOT, WHERE? | RECOVERED IN YOUR JURIS? ☐ YES ☐ NO IF NOT, WHERE?

**INS**

INSURED BY: | AGENT: | POLICY NO.:

**OTHER**

NUMBER: 1 OF 3 | NAME (LAST, FIRST, MIDDLE) / DOB: [redacted] | AGE: 57 | SEX: M | RACE: W

ADDRESS / PHONE: [redacted]

NUMBER: 2 OF 3 | NAME (LAST, FIRST, MIDDLE): [redacted] | DOB: | AGE: | SEX: F | RACE: I

ADDRESS: | APT #: | CITY: Little Eagle | STATE: SD | ZIP: | PHONE:

OFFENDER: 1 [illegible] 2 ___ 3 ___ 4 ___ 5 ___

OFFENDER: 1 ___ 2 ___ 3 ___ 4 ___ 5 ___

OFFICER: x Schoeffer | OFFICER NO.: 1553

REPORT DATE: 6-12-09 | SUPERVISOR: LT. [signature] 5077

INCIDENT CASE NUMBER

[illegible]

OFFICER'S WORK PRODUCT MAY BE CONFIDENTIAL

## SUBJECT DATA

| | | | |
|---|---|---|---|
| SUBJECT NO. 1 OF 1 | THIS SUBJECT IS: (S) ☒ SUSPECT (A) ☐ ARRESTED/SUMMONED/CITED | | INCIDENT/CASE NUMBER 09-9491 |
| NAME (IF KNOWN) LAST, FIRST, MIDDLE: Barner, Jonathan F | ALIAS: | | AGE OR ESTIMATE: 37 TO |
| ADDRESS: | APT#: | CITY: STATE: ZIP: | PHONE: [redacted] SEX: M |
| DOB: [redacted]71 | HT: 5'10" WT: 160 HAIR: BLK EYES: BRN | SSN: STATE ID NUMBER: PLACE OF BIRTH: | RACE: I |
| SCARS, MARKS, TATTOOS, ETC: | | OCCUPATION: | ETHNICITY: N |

## ARREST DATA

CHARGE: Simple Assault

ARREST/SUMMONS DATE: ARREST/SUMMONS TRACKING #: ARR CODE:

TYPE OF ACTION: ☐ TAKEN IN / WARRANT (T) ☐ ON VIEW (O) ☐ SUMM / CITED (S)

RESIDENCE: ☐ RESIDENT (R) ☐ NON-RESIDENT (N) ☐ UNKNOWN (U)

MULTIPLE CLEARANCES: ☐ NOT APPLICABLE (N) ☐ COUNT THIS ARREST (C) ☐ ARREST COUNTED ON ANOTHER CASE REPORT (M)

MULTIPLE CASE CLOSURES: CASE # CASE # CASE # CASE #

ARMED WITH: ARMED WITH:

JUVENILE DISP: ☐ INFORMAL (H) ☐ REFERRED (R)

IF JUVENILE, PARENT (GUARDIAN) NAME / ADDRESS / CITY / STATE / ZIP / PHONE / DATE REL TO PARENTS

IF JUVENILE, PARENT (GUARDIAN) NAME / ADDRESS / CITY / STATE / ZIP / PHONE / DATE REL TO PARENTS

## SUBJECT DATA

SUBJECT NO. OF — THIS SUBJECT IS: (S) ☐ SUSPECT (A) ☐ ARRESTED/SUMMONED/CITED

NAME (IF KNOWN) LAST, FIRST, MIDDLE / ALIAS / AGE OR ESTIMATE TO

ADDRESS / APT# / CITY / STATE / ZIP / PHONE / SEX

DOB / HT / WT / HAIR / EYES / SSN / STATE ID NUMBER / PLACE OF BIRTH / RACE

SCARS, MARKS, TATTOOS, ETC / OCCUPATION / ETHNICITY

## ARREST DATA

CHARGE / ARREST/SUMMONS DATE / ARREST/SUMMONS TRACKING # / ARR CODE

TYPE OF ACTION: ☐ TAKEN IN / WARRANT (T) ☐ ON VIEW (O) ☐ SUMM / CITED (S)

RESIDENCE: ☐ RESIDENT (R) ☐ NON-RESIDENT (N) ☐ UNKNOWN (U)

MULTIPLE CLEARANCES: ☐ NOT APPLICABLE (N) ☐ COUNT THIS ARREST (C) ☐ ARREST COUNTED ON ANOTHER CASE REPORT (M)

MULTIPLE CASE CLOSURES: CASE # CASE # CASE # CASE #

ARMED WITH: ARMED WITH:

JUVENILE DISP: ☐ INFORMAL (H) ☐ REFERRED (R)

IF JUVENILE, PARENT (GUARDIAN) NAME / ADDRESS / CITY / STATE / ZIP / PHONE / DATE REL TO PARENTS

IF JUVENILE, PARENT (GUARDIAN) NAME / ADDRESS / CITY / STATE / ZIP / PHONE / DATE REL TO PARENTS

## SYNOPSIS

[redacted] called From Med-Center to report he brought his daughter [redacted] to the E.R. For injuries she sustained in a Fight earlier in the morning. [redacted] stated the suspect was his other daughter boyFriend, Jonathan Barner. [redacted] said Jonathan punched her in the nose and Kicked her in the head because she told him to leave her apartment. [redacted] was a witness to the Assault. [redacted] arrived in time to See Jonathan walking away. [redacted] was also a witness and chased after Jonathan after the assault. Neither witness was available For an interview. Forward to C.A. See Dictation

USE SEPARATE SHEETS FOR DETAIL NARRATIVE

## COMPLAINANT/VICTIM CERTIFICATION

The information I have provided in this case is true and correct to the best of my knowledge. I will inform this agency if property reported as stolen is recovered. I will assume responsibility for any costs associated with return of reported stolen property, missing persons or runaway juveniles. I (will) (will not) (not appl) assist in prosecution of offenders associated with this case.

DATE: SIGNATURE: X

## STATUS

☐ UNFOUNDED ☐ FILED INACTIVE
☐ PENDING ☐ WARRANT
☐ CLRD BY ARREST ☐ JUVENILE
☐ NO PROSECUTION

EXCEPTIONAL CLEARANCE

(N) ☐ NOT APPLICABLE (C) ☐ EXTRADITION DENIED
(A) ☐ SUSPECT/OFFENDER DEAD (D) ☐ VICTIM REFUSED TO COOPERATE
(B) ☐ PROSECUTION DECLINED (E) ☐ JUVENILE/NO CUSTODY

DATE EXCEPTIONALLY CLEARED

# UNIFORM INCIDENT REPORT

STATE OF NORTH DAKOTA
SFN 16441 (06-05)

REPORT TYPE:
INITIAL ☒ UPDATE ☐

PAGE 2 OF ___

## INCIDENT

| AGENCY NAME | ORI | INCIDENT/CASE NUMBER |
|---|---|---|
| Bismarck Police | ND 0080100 | 09-9491 |

| OCCURRED ON OR FROM | | | | OCCURRED TO | | | | REPORTED ON | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME |
| | | | | | | | | | | | |

INCIDENT ADDRESS OR LOCATION | GEO CODE

REPORTED BY VICTIM # ____ OR OTHER # ____ | ON VIEW ____ | NAME | ADDRESS | PHONE

## OFFN

| OFFENSE NUMBER | OFFENSE NAME | NDCC OR ORDINANCE |
|---|---|---|
| OF | | |
| OF | | |

## VICTIMS

VICTIM NUMBER OF | TYPE | NAME (LAST, FIRST, MIDDLE) | DOM VIOL
ADDRESS | APT# | CITY | STATE | ZIP | PHONE | ASSLT/HOM
DOB | AGE | SEX | RACE | ETHNICITY | RESIDENCE | EMPLOYMENT/SCHOOL | ASSLT/HOM
VICTIM OF OFFENSE(S) 1 2 3 4 5 | VICTIM INJURY (SEE OVERLAY # 2) 1 2 3 | J-HOM

VICTIM NUMBER OF | TYPE | NAME (LAST, FIRST, MIDDLE) | DOM VIOL
ADDRESS | APT# | CITY | STATE | ZIP | PHONE | ASSLT/HOM
DOB | AGE | SEX | RACE | ETHNICITY | RESIDENCE | EMPLOYMENT/SCHOOL | ASSLT/HOM
VICTIM OF OFFENSE(S) 1 2 3 4 5 | VICTIM INJURY (SEE OVERLAY # 2) 1 2 3 | J-HOM

## PROPERTY

| QUANT | LOSS CODE | DESCRIPTION | DESC CODE | DRUG TYPE | DRUG MEASURE | VALUE | DATE RECOVERED | NCIC (Y OR N) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

MORE? Y OR N

## VEHICLE

☐ IMPOUNDED ☐ STOLEN ☐ TARGET ☐ SUSPECT ☐ OTHER ☐ RECOVERED ☐ SEIZED ☐ UNKNOWN

VCO | VYR | VMK | VMO/VST | LIS | LIY | LIC
OWNER, ETC | VIN
RECOVERED AT | TOWED TO | TOWED BY
STOLEN IN YOUR JURIS? ☐ YES ☐ NO IF NOT, WHERE? | RECOVERED IN YOUR JURIS? ☐ YES ☐ NO IF NOT, WHERE?

## INS

INSURED BY | AGENT | POLICY NO.

## OTHER

| NUMBER | NAME (LAST, FIRST, MIDDLE) | DOB | AGE | SEX | RACE |
|---|---|---|---|---|---|
| 3 OF 3 | [redacted] | | 38 | m | H |

| ADDRESS | APT # | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|
| Unknown | | Bismarck | ND | 58501 | |

| NUMBER | NAME (LAST, FIRST, MIDDLE) | DOB | AGE | SEX | RACE |
|---|---|---|---|---|---|
| OF | | | | | |

ADDRESS | APT # | CITY | STATE | ZIP | PHONE

INCIDENT CASE NUMBER

## OFFENSES

\# | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15

## VICTIMS

16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25
26 VICTIM # ____
26 VICTIM # ____

OFFENDER 1 2 3 4 5
OFFENDER 1 2 3 4 5

| OFFICER | OFFICER NO. |
|---|---|
| x Schaeffer | 1553 |

| REPORT DATE | SUPERVISOR |
|---|---|
| 6-13-09 | LT. [signature] 5077 |

OFFICER'S WORK PRODUCT MAY BE CONFIDENTIAL

**SUBJECT DATA**

SUBJECT NO. OF | THIS SUBJECT IS: (S) ☐ SUSPECT (A) ☐ ARRESTED/SUMMONED/CITED | INCIDENT/CASE NUMBER

NAME (IF KNOWN) LAST, FIRST, MIDDLE | ALIAS | AGE OR ESTIMATE TO

ADDRESS | APT# | CITY | STATE | ZIP | PHONE | SEX

DOB | HT | WT | HAIR | EYES | SSN | STATE ID NUMBER | PLACE OF BIRTH | RACE

SCARS, MARKS, TATTOOS, ETC | OCCUPATION | ETHNICITY

**ARREST DATA**

CHARGE | ARREST/SUMMONS DATE | ARREST/SUMMONS TRACKING # | ARR CODE

TYPE OF ACTION: ☐ TAKEN IN / WARRANT (T) ☐ ON VIEW (O) ☐ SUMM / CITED (S)

RESIDENCE: ☐ RESIDENT (R) ☐ NON-RESIDENT (N) ☐ UNKNOWN (U)

MULTIPLE CLEARANCES: ☐ NOT APPLICABLE (N) ☐ COUNT THIS ARREST (C) ☐ ARREST COUNTED ON ANOTHER CASE REPORT (M)

MULTIPLE CASE CLOSURES: CASE # CASE # CASE # CASE #

ARMED WITH | ARMED WITH

JUVENILE DISP ☐ INFORMAL (H) ☐ REFERRED (R)

IF JUVENILE, PARENT (GUARDIAN) NAME | ADDRESS | CITY | STATE | ZIP | PHONE | DATE REL TO PARENTS

IF JUVENILE, PARENT (GUARDIAN) NAME | ADDRESS | CITY | STATE | ZIP | PHONE | DATE REL TO PARENTS

**SUBJECT DATA**

SUBJECT NO. OF | THIS SUBJECT IS: (S) ☐ SUSPECT (A) ☐ ARRESTED/SUMMONED/CITED

NAME (IF KNOWN) LAST, FIRST, MIDDLE | ALIAS | AGE OR ESTIMATE TO

ADDRESS | APT# | CITY | STATE | ZIP | PHONE | SEX

DOB | HT | WT | HAIR | EYES | SSN | STATE ID NUMBER | PLACE OF BIRTH | RACE

SCARS, MARKS, TATTOOS, ETC | OCCUPATION | ETHNICITY

**ARREST DATA**

CHARGE | ARREST/SUMMONS DATE | ARREST/SUMMONS TRACKING # | ARR CODE

TYPE OF ACTION: ☐ TAKEN IN / WARRANT (T) ☐ ON VIEW (O) ☐ SUMM / CITED (S)

RESIDENCE: ☐ RESIDENT (R) ☐ NON-RESIDENT (N) ☐ UNKNOWN (U)

MULTIPLE CLEARANCES: ☐ NOT APPLICABLE (N) ☐ COUNT THIS ARREST (C) ☐ ARREST COUNTED ON ANOTHER CASE REPORT (M)

MULTIPLE CASE CLOSURES: CASE # CASE # CASE # CASE #

ARMED WITH | ARMED WITH

JUVENILE DISP ☐ INFORMAL (H) ☐ REFERRED (R)

IF JUVENILE, PARENT (GUARDIAN) NAME | ADDRESS | CITY | STATE | ZIP | PHONE | DATE REL TO PARENTS

IF JUVENILE, PARENT (GUARDIAN) NAME | ADDRESS | CITY | STATE | ZIP | PHONE | DATE REL TO PARENTS

**SYNOPSIS**

USE SEPARATE SHEETS FOR DETAIL NARRATIVE

COMPLAINANT/VICTIM CERTIFICATION

The information I have provided in this case is true and correct to the best of my knowledge. I will inform this agency if property reported as stolen is recovered. I will assume responsibility for any costs associated with return of reported stolen property, missing persons or runaway juveniles. I (will) (will not) (not appl) assist in prosecution of offenders associated with this case.

DATE: SIGNATURE: X

**STATUS**

☐ UNFOUNDED ☐ FILED INACTIVE
☐ PENDING ☐ WARRANT
☐ CLRD BY ARREST ☐ JUVENILE
☐ NO PROSECUTION

EXCEPTIONAL CLEARANCE

(N) ☐ NOT APPLICABLE (C) ☐ EXTRADITION DENIED
(A) ☐ SUSPECT/OFFENDER DEAD (D) ☐ VICTIM REFUSED TO COOPERATE
(B) ☐ PROSECUTION DECLINED (E) ☐ JUVENILE/NO CUSTODY

DATE EXCEPTIONALLY CLEARED

4. Photo Log
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.

CR # 09-9491

# Bismarck Police Department

## Domestic Violence Worksheet

**960 Required:**
___ Yes
_X_ No

**Officers on scene:** Schaeffer

**Victim's name:**
[redacted]

**Alternate contact for victim (Name, Address, Phone):**
[redacted]

**Suspect's name:**
Jonathan Barner

**The Victim/Suspect displayed the following emotional and physical conditions:**

**Victim:**
_X_ angry
___ crying
___ fearful
___ hysterical
___ calm
___ afraid
___ irrational
___ threatening
___ nervous
___ other, explain

___ claimed strangulation
_X_ complained of pain
_X_ abrasion(s)
___ minor cut(s)
___ laceration(s)
___ fracture
___ concussion(s)
___ Under the influence of drugs
_X_ Under the influence of alcohol

**Suspect:**
___ angry
___ crying
___ fearful
___ hysterical
___ calm
___ afraid
___ irrational
___ threatening
___ nervous
___ other, explain

___ claimed strangulation
___ complained of pain
___ abrasion(s)
___ minor cut(s)
___ laceration(s)
___ fracture
___ concussion(s)
___ Under the influence of drugs
_X_ Under the influence of alcohol

**Relationship between Victim and Suspect:**
**(Mark all that apply)**
___ spouse
___ dating relationship
___ parent and child
___ family member
_X_ residing together
___ former spouse
___ child in common
___ emancipated minor
___ other ______
___ present ___ past

**Length of relationship:**
___ Years ___ Months

If applicable, date relationship ended: ______ ______

**Medical treatment:**
___ none
___ paramedics
_X_ hospital
___ self-administered
___ will seek own doctor
___ refused medical aid

**Ambulance Unit #**

**Hospital/Clinic where treated:** Med Center One
**Medical Release Signed:** Yes (attach copy) No

**Domestic violence arrest(s) made:** ___ Yes _X_ No
**Domestic violence charges pending:** _X_ Yes ___ No
**Protection/Restraining/No Contact order:** ___ Yes _X_ No   Current Expired Pending
(attach copy if order was violated)   (circle appropriate choice)
**Other Charges:** **Suspect:** ___ Yes _X_ No **Charge(s)** ______
**Victim:** ___ Yes _X_ No **Charge(s)** ______

**Photos Taken of crime scene:** ___ Yes _X_ No **Taken by:** ______
**Photos Taken of Victim's injuries:** _X_ Yes ___ No **Taken by:** Schaeffer
**Photos Taken of Suspect's injuries:** ___ Yes _X_ No **Taken by:** ______
**Follow-up photo(s) or statement(s) required? (explain)** ______

**Copy of phone call needed:** ___ **Yes** _X_ **No** **Location:** ___ **PD** ___ **911**
**If applicable, copy requested by** ______ **Date:** ______

**Evidence collected from:** ___ Crime Scene _X_ Hospital _X_ Victim
**Indication/Evidence of Sexual Assault:** ___ Yes _X_ No

**Children present during domestic violence incident:** ____ Yes _X_ No **CR #** 09-9491

| **Name** | **Age** |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |

**Statements provided by:**

| | | |
| --- | --- | --- |
| **Victim:** | _X_ Yes | ____ No |
| **Suspect:** | ____ Yes | ____ No |
| **Witness(s):** | __ Yes | ____ No |
| **Children:** | ____ Yes | ____ No |

Mark the location(s) of any injuries on the diagram(s).
(Describe visible injuries, i.e., cut, bruise, etc.)

____ **Suspect** _X_ **Victim**



____ **Suspect** ____ **Victim**



**Lethality Assessment**

***Identify Any Risk Factors***

- ___ Threats of HOMICIDE or SUICIDE by the suspect
- ___ Fantasies of HOMICIDE or SUICIDE by the suspect
- ___ Depression of the suspect
- ___ WEAPONS
- ___ Obsessiveness/possessive beliefs about the victim
- ___ Job threatening circumstances
- ___ Pet abuse
- ___ Perpetrator's "perception of betrayal" by victim
- ___ Prior police calls to home
- ___ Rage towards police/others
- ___ Prior/additional criminal activity
- ___ Increase in frequency/severity of DV
- ___ Violent towards children
- ___ Increasing drug/alcohol use
- ___ Any hostage taking
- ___ Any strangulation cases
- ___ Beating victim while pregnant
- ___ Separation/threatened separation

**Current Charge:** _X_ Simple assault ____ Aggravated assault
____ **B** - Misdemeanor
____ **A** - Misdemeanor

**Prior Domestic Violence Arrest (Suspect):** ____ Yes _X_ No (If yes, attach criminal history)

**Prior Domestic Violence Arrest (Victim):** ____ Yes _X_ No (If yes, attach criminal history)

**Weapons:**

| | | | |
| --- | --- | --- | --- |
| **Suspect:** | ___ Yes | _X_ No | **Type of weapon Used:** ____________ |
| **Victim:** | ___ Yes | _X_ No | **Type of weapon Used:** ____________ |
| **Weapons confiscated:** | ___ Yes | _X_ No | **Firearms confiscated:** ____ Yes _X_ No |

**Records Section Complete the following** (prior 10 yrs for misdemeanor arrest/15 yrs for felony)

**Prior history of domestic violence (Suspect)** ____ Yes _X_ No If Yes, # of prior incidents _Ø_
Of the **Suspect** prior incidents, how many resulted in **Suspect** arrest? (give number) _Ø_
**Prior history of domestic violence (Victim)** ____ Yes _X_ No If Yes, # of prior incidents _Ø_
Of the **Victim** prior incidents, how many resulted in **Victim** arrest? (give number) _Ø_

SchaeFFer
Officer Name

1553
Officer Number

6-12-09
Report Date

[signature]
Supervisor

# PHOTOGRAPH IDENTIFICATION PROCESSING FORM
## BISMARCK POLICE DEPARTMENT

**OFFICER NAME** Schaeffer

**CASE NUMBER** 09- 9491

**LOCATION** Med Center 1

**INCIDENT** Assault

**CAMERA MAKE/MODEL** ____

**DATE/TIME** 0753

**PHOTO DESCRIPTION**

**PROCESSING INFORMATION**
**PRINTS**____ **NEGATIVES**____

1. Photo Log
2. Photo Victim's Face showing Injury
3. " "
4. Photo Log
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17. 
18. 
19. 
20. 
21. 
22. 
23. 
24. 
25. 
26. 
27. 
28. 
29. 
30. 

# FOLLOW UP/CONTINUATION REPORT

CASE NO. 09-9491

1/2

Bismarck Police Department

**BISMARCK, NORTH DAKOTA 58504**

TYPE OF OFFENSE Simple Assault VICTIM [redacted]

SUBJECT(S) Jonathan Barner

6-12-09, 0753 hrs., I was dispatched to Medcenter One ER to take a report of a simple assault. Upon arrival, I met with [redacted]s father, [redacted]. [redacted] stated [redacted] had been assaulted by Jonathan and that he brought her to the ER because of great pain she was suffering to her nose and she also had a difficult time breathing. They suspected that [redacted] had possibly received a broken nose from the assault that was reported at 0500 hrs. [redacted] stated that Jonathan and his other daughter, [redacted], have a 3 yr old child together. [redacted] stated [redacted] and [redacted] were all over at [redacted]'s apartment when he was awakened by a phone call from [redacted] just prior to 0500 hrs. [redacted] stated [redacted] was crying and indicated she and Jonathan had gotten into an argument. [redacted] stated he got dressed and went over to his daughter's apartment and arrived just prior to law enforcement and in time to see Jonathan walking away from where [redacted] was located. [redacted] stated [redacted] was standing outside her van and was bleeding from her nose. He stated he had a conversation with officers and was advised that everyone should go inside while they attempted to locate Jonathan. Jonathan was not located and later [redacted] took [redacted] to the ER because of the pain.

[redacted] stated Jonathan had been living with her as he did not have a place to live since arriving in Bismarck approximately 1 ½ months ago and he is currently working at Wendy's (N). [redacted] stated she is getting ready to move to St. Louis, MO and approximately six weeks ago she was down there making arrangements for her new residence. She stated Jonathan had bought a bus ticket and traveled from FL to MO and then caught a ride back to Bismarck with [redacted] so he could be with [redacted]

[redacted] stated earlier in the evening they were at Buck's and Jonathan was at work. When Buck's closed [redacted], [redacted] & [redacted] went back to Natalie's at 1130 W Owens Ave., #102, at which point Jonathan arrived and joined them. [redacted] stated that just prior to the assault occurring she had left he apartment and went outside to sit in her van to smoke a cigarette. She stated she is not allowed to smoke in her apartment and this is why she went outside. [redacted] stated that while she was out in her van her cousin [redacted] came outside and was crying. [redacted] asked [redacted] why she was crying and she stated [redacted] had accused [redacted] of wanting to be with [redacted]'s boyfriend. [redacted] stated she left her van and went back into her apartment and found Jonathan and [redacted] engaged in an argument. [redacted] stated she yelled at them to stop their arguing and told [redacted] to go to bed as she had to work the next day. [redacted] stated she then walked back outside and was sitting in her van smoking with the window down when Jonathan came outside and approached her and talked to her through the open window. Jonathan advised [redacted] the reason he and [redacted] were arguing was because he was trying to get together with [redacted]'s cousin [redacted]. [redacted] stated she became upset at this because they are all family and she advised Jonathan that he needed to get his stuff and move out of her apartment. [redacted] stated she went to get out of the van and when she opened the door, the door bumped into Jonathan unintentionally and she apologized. [redacted] stated Jonathan then punched her in the nose with a closed fist, which caused her to fall backwards against the van. She stated she saw stars and was starting to get back up when Jonathan kicked her in the forehead. [redacted] stated another friend of hers, [redacted] was in the van with her and upon being punched removed his shirt so she could use it for her nose as it was bleeding. [redacted] stated [redacted] ran after Jonathan and this is about the time her father arrived. [redacted] sated when Jonathan arrived at the apartment he had just come from work and had not been drinking. [redacted] stated Jonathan did have a bottle of vodka with him and during the evening he was drinking orange juice & vodka.

SIGNED Dale Schaeffer 1553 (bh) DATE 6-12-09 SIGNED [signature] DATE 6-18-09

Investigating Officer — Supervisor

STATUS:

- ☐ UNFOUNDED
- ☐ PENDING
- ☐ CLRD BY ARREST
- ☐ NO PROSECUTION
- ☐ FILED INACTIVE
- ☐ WARRANT
- ☐ JUVENILE

COPIES TO:

- ☐ Crime Prev.
- ☐ Detective
- ☐ PYB
- ☐ City Attorney
- ☐ States Attorney
- ☐ Inv. Officer
- ☐ Information Only
- ☐ Municipal Court
- ☐ Burleigh Cty Social Services
- ☐ Other

DATE 6-22-09

# FOLLOW UP/CONTINUATION REPORT

CASE NO. 09-9491

Bismarck Police Department

2/2

**BISMARCK, NORTH DAKOTA 58504**

TYPE OF OFFENSE Simple Assault VICTIM [redacted]

SUBJECT(S)

[redacted] stated they have not seen Jonathan since he was last seen running away after punching her and that officers will probably have a difficult time in locating him as he knows he has a warrant out for his arrest and he is trying to avoid contact with law enforcement. [redacted] provided a phone number for Jonathan of 727-946-1295. I attempted to call this number several times and was unsuccessful in reaching anyone.

While finishing my interview with [redacted] the ER doctor came in and advised her there were no broken bones and gave her some medication to control the pain. There was a small bruise that was visible above [redacted]'s left upper lip and I did photograph this bruise. [redacted] also complained of pain to her forehead area just above her eyebrows. I advised [redacted] the bruising may not show up for a day or so and if she does develop more bruising to contact the PD so follow up photos can be obtained.

I contacted Wendy's at Burnt Boat Dr., & N 14th St., looking for Jonathan as it was reported by [redacted] that his is where he works. Neither location had a Jonathan working there.

6-17-09, I attempted to contact [redacted] in reference to obtaining her written statement and addresses for the two witnesses, [redacted] and [redacted] I have spoken with her several times about these things and she has not provided me with this requested information.

SIGNED Dale Schaeffer 1553 (bh) DATE 6-12-09 SIGNED [signature] DATE 6-18-09

Investigating Officer Supervisor

STATUS:

☐ UNFOUNDED ☐ FILED INACTIVE
☐ PENDING ☐ WARRANT
☐ CLRD BY ARREST ☐ JUVENILE
☐ NO PROSECUTION

COPIES TO:

☐ Crime Prev. ☐ City Attorney ☐ Information Only
☐ Detective ☐ States Attorney ☐ Municipal Court
☐ PYB ☐ Inv. Officer ☐ Burleigh Cty Social Services
DATE ☐ Other

BPD Form 301
Rev 2/2006