**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE JOHN L. BADALAMENTI**

CASE NO. 8:25-cr-255-JLB-SPF DATE: November 4, 2026
TITLE: USA v. **Jonathan Frank Barner**
TIME: 3:28PM – 4:50PM TOTAL: 1 hour 22 minutes

| | |
|---|---|
| Courtroom Deputy: Bettye Samuel | Interpreter: N/A |
| Court Reporter: David Walker-Collier | Probation: Natalie M. Holton for Ryan Powell |

| | |
|---|---|
| Counsel for Government: | Matthew Del Mastro |
| Counsel for Defendant: | Ryan J. Maguire |

## CRIMINAL MINUTES

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Count One of the Indictment.

Counsel addressed the Court.

Defendant's objection to the Amended Final Presentence Investigation Report:

1. Paragraphs 36 & 41 (Criminal History): SUSTAINED as to paragraph 36 and OVERRULED as to paragraph 41 for the reasons stated on the record.

Defendant addressed the Court.

Government's *Oral Motion for Upward Variance* is DENIED for the reasons stated on the record.

Defendant's *Oral Motion for Downward Variance* is DENIED for the reasons stated on the record.

Defendant's *Oral Motion to Self-Surrender* is DENIED, for the reasons stated on the record.

Imprisonment: 15 months.

Supervised Release: 3 years.

Fine is waived.

Restitution: $107,175 *(See Criminal Monetary Penalties section of the Judgment for details)*.

Special Assessment: $100.00. This obligation is to be paid immediately.

The Court makes the following recommendations to the Bureau of Prisons:

1. Defendant be incarcerated at a BOP facility in close proximity of Dekalb, IL to promote rehabilitation of the Defendant so that he can have easier contact and visits with his family.
2. Defendant be allowed to participate in a drug abuse program and, if Defendant qualifies, the 500 Hour Residential Drug Abuse Program (RDAP). Defendant has demonstrated a long-term addiction to drugs and his participation in a Drug Abuse Program could benefit his rehabilitation and decrease the likelihood of recidivism.
3. Upon entry at the BOP facility, Defendant be evaluated in light of Defendant's heart problem and mental health diagnoses and be allowed to receive mental health treatment and counseling and continued treatment for his heart problem.

Special conditions of supervised release:

- Defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, Defendant is directed to submit to random drug testing.

- Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer.

- Defendant shall provide the probation officer access to any requested financial information.

- Defendant shall pay restitution in the amount of $107,175 to Social Security Administration. This restitution obligation shall be payable to the Clerk, U.S. District Court, for distribution to the victim. While in Bureau of Prisons custody, Defendant shall either (1) pay at least $25 quarterly if Defendant has a non-Unicor job or (2) pay at least 50% of Defendant's monthly earnings if Defendant has a Unicor job. Upon release from custody, Defendant shall pay restitution at the rate of $100 per month. At any time during the course of post-release supervision, the

victim, Government, or Defendant, may notify the Court of a material change in Defendant's ability to pay, and the Court may adjust the payment schedule accordingly. The Court finds that Defendant does not have the ability to pay interest and the Court waives the interest requirement for the restitution.

- Defendant shall refrain from any unlawful use of controlled substances. Defendant shall submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. Defendant shall submit to random drug testing not to exceed 104 tests per year.

- Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Defendant shall forfeit to the United States those assets that are subject to forfeiture as previously identified in the Order of Forfeiture and any subsequent orders.

Defendant is remanded to the custody of the US Marshal.

Defendant advised of right to appeal and of right to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 10 |
| Criminal History Category | III |
| Imprisonment Range | 10 - 16 months |
| Supervised Release Range | Not more than 3 years |
| Restitution | $107,175 |
| Fine Range | $4,000 - $40,000 |
| Special Assessment | $100.00 |